BUFFALO CEREAL COMPANY, Respondent, *v.* CHARLES ATKINS, Appellant.

*Buffalo Cereal Co* v. *Atkins,* 97 App. Div. 642, modified.
(Argued January 24, 1906; decided February 13, 1906.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered October 26, 1904, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at an Equity Term.

*Charles F. Tabor* for appellant.

*Frank C. Ferguson* for respondent.

Judgment modified so as to be without prejudice to the appellant asserting title to the premises in dispute under any other source than the tax deed from the city of Buffalo, with costs to the respondent; no opinion.

Concur: CULLEN, Ch. J., GRAY, O'BRIEN, EDWARD T. BARTLETT, WERNER and CHASE, JJ. Not sitting: HISCOCK, J.

---

LOUIS BOSSERT et al., Appellants, *v.* JACOB A. ZIMMERMANN et al., Respondents.

*Bossert* v. *Zimmermann,* 99 App. Div. 399, affirmed.
(Argued January 25, 1906; decided February 13, 1906.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered January 25, 1905, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court on trial at Special Term.

*E. L. Blackman* and *Alfred B. Cruikshank* for appellants.

*John P. Everett* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, O'BRIEN, EDWARD T. BARTLETT, WERNER, HISCOCK and CHASE, JJ.